UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-338 (BAH) |
| v. | |
| | Filed Under Seal |
| HUGO GONZALO MENDOZA GAYTAN, also known as "Sapo," "Gonzalo Mendoza Gaytan," and "S-90," | |
| Defendant. | |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order to unseal the Indictment and the docket in the above-captioned case on August 4, 2026, before 10:00 AM. The Government also requests that the instant motion and associated order be unsealed.

## BACKGROUND

1. On November 4, 2025, a federal grand jury sitting in the District of Columbia returned an original Indictment against the Defendant.

2. The Defendant is charged with conspiracy to manufacture and distribute five kilograms or more of cocaine and 500 grams or more of methamphetamine for importation into the United States in violation of Title 21, United States Code, Sections 959(a), 960(b)(1)(B)(ii), 960(b)(1)(H), and 963 (Count One). The Defendant is also charged with using, carrying, brandishing, and discharging a firearm during and in relation to a drug trafficking crime, and possessing a firearm in furtherance of a drug trafficking crime, one or more of which was a

1

RECEIVED

JUL 23 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

machinegun and a destructive device, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(ii) and 2 (Count Two)

3. The Government's investigation revealed that the Defendant is a senior leader of the Cartel Jalisco Nueva Generación ("CJNG") and is responsible for procuring the majority of the organization's weapons and training CJNG "sicarios," or hitmen, at the Cartel's notorious training camps. At these training camps, recruits learn how to use weapons like rocket launchers, .50-caliber machine guns, hand grenades, pistols, and rocket-propelled grenades. The recruits also learn how to leverage violence and torture tactics to ruthlessly further the Cartel's objectives. In carrying out the Cartel's criminal campaign, the Defendant is frequently armed with a pistol and an assault rifle. He is also often accompanied by multiple bodyguards equipped with grenade and rocket launchers, among other firearms.

4. The Defendant was the godson of the CJNG's former top leader, Nemesio Oseguera Cervantes, also known as "Mencho" ("Mencho"), who was killed by Mexican security forces in February 2026.[1] Because of this trusted role, the Defendant also oversees operations that span drug trafficking, forced recruitment, and violent enforcement across multiple locations important to the CJNG. The Defendant is involved in the illicit production of methamphetamine in Mexico, and the transportation of thousands of kilograms of methamphetamine within Mexico and at least hundreds of kilograms of cocaine across the U.S.-Mexico border for sale in the United States.

5. On the same day the Indictment was returned, the Government filed a motion to seal the Indictment, the arrest warrant, and the Government's sealing motion and the associated order, and to delay entry on the public docket of the filing of these documents and all related

---

[1] Further investigation revealed that Juan Carlos Valencia-Gonzalez, also known as "Pelon," and "El 3," assumed the role of CJNG's top leader following Mencho's death.

2

matters to ensure the integrity of the ongoing law enforcement investigation, and to ensure the arrest and extradition of the Defendant. The Honorable Magistrate Judge Matthew J. Sharbaugh granted the Government's motion to seal and ordered the sealing of the Indictment, arrest warrants, motion to seal and order, as well as the delayed entry of the documents and all related matters on the public docket.

6.    The investigation has evolved to a stage where the Government's reasons for seeking a sealing order at the time of Indictment is no longer applicable, and ongoing sealing of the Indictment and the associated docket is no longer necessary.

7.    Therefore, the Government moves to unseal the Indictment and the docket in the above-captioned case. The Government also requests that this motion and the associated order be unsealed.

//

//

//

//

//

//

//

//

//

//

//

3

## CONCLUSION

For all the foregoing reasons, the Government respectfully requests that the Indictment, the docket in the above-captioned case, this motion, and the associated order be unsealed.

MARGARET A. MOESER, Chief
Criminal Division
Money Laundering, Narcotics
and Forfeiture Section

By: _____

Douglas Meisel
Nicole Lockhart
Lernik Begian
Trial Attorneys
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20530

4